UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MYRNA NIEVES,

Plaintiff,

Case No.: _____

v.

DIVERSIFIED CONSULTANTS,
INC.,

Defendant.
_____/

**PETITION FOR REMOVAL WITH SUPPORTING MEMORANDUM OF LAW**

COMES NOW, the Defendant, DIVERSIFIED CONSULTANTS, INC., (hereinafter referred to as "Defendant"), by and through its undersigned counsel, and respectfully petitions this Honorable Court for removal of the above-styled civil action from the Eleventh Judicial Circuit Court, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division, and states as follows:

1. Defendant, DIVERSIFIED CONSULTANTS, INC., has been named as a Defendant in a civil action brought against it in the Eleventh Judicial Circuit Court, in and for Miami-Dade County, Florida styled *"Myrna Nieves v. Diversified Consultants, Inc."*, Case No.: 2013-20927-CA-01-10.  A copy of the Complaint served in that action, in addition to all process and pleadings served upon the Defendants, are attached hereto as **Composite Exhibit "A."**

2. That the aforesaid action was filed with the Clerk of the Court in Miami-Dade County, Florida, and service of process of said Summons and Complaint, served upon the Defendant, DIVERSIFIED CONSULTANTS, INC., on or about June 21, 2013.

3. That the controversy herein between the Plaintiff and Defendant is a controversy

based upon consumer protection rights created by and enforced through federal statute 47 U.S.C. Sec. 227 *et seq.* entitled the Telephone Consumer Protection Act ("TCPA").

4. That the above described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, §1331, and is one which may be removed to this Court by the Defendants/Petitioners pursuant to the provisions of Title 28, United States Code, §1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Notice of Removal is filed with this Court within thirty (30) days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

## MEMORANDUM OF LAW IN SUPPORT OF ITS PETITION FOR REMOVAL

### Statement of the Case and Facts

The instant suit is a civil action which includes a federal question, specifically, a claim that the Defendant violated Plaintiff's consumer protection rights under the Telephone Consumer Practices Act. The original Complaint seeks an award of damages against the Defendant, for alleged violations of this federal consumer protection statute. Plaintiff alleges that she has sustained damages and seeks judgment for those damages against the Defendants.

### Federal Court Jurisdiction

This Court has jurisdiction of this case pursuant to 28 U.S.C. §1331. Section 1331 states as follows:

"§1331. Federal question.

> *The federal district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.*

The original Complaint herein raises a federal question and satisfies the jurisdictional requirements of 28 U.S.C. §1331. This Honorable Court therefore has original jurisdiction of this civil action.

## Removal

This is an action which may properly be removed to this Court pursuant to 28 U.S.C. §1441 which states in pertinent part as follows:

> "Except as otherwise expressly provided by act of Congress, any civil action brought in a state court of which the district courts of the United States has original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending . . ."

Given that this action is one over which the United States District Court for the Southern District of Florida would have original jurisdiction, this case may properly be removed by Defendant pursuant to 28 U.S.C. §1446(a) which provides:

> "A defendant or defendants desiring to remove any civil action or criminal prosecution from a state court shall file in the district court of the United States for the district and division within which such action is pending a Notice of Removal, signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant or defendants in such action."

In the instant suit, the Defendant has filed a Notice which complies with 28 U.S.C. §1446(a), in that it sets forth facts that show that this Court has original jurisdiction and that this case is subject to removal.

## Timeliness of Removal

28 U.S.C. §1446(b) requires that a Notice of Removal in a civil action or proceeding shall be filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding

is based.  The original Complaint was filed with the Court and served upon the Defendant on or about June 21, 2013, and this Petition for Removal has been filed less than thirty (30) days from service of the original Complaint.

### Consent of Co-defendants

Undersigned counsel represents that no other co-Defendant has been listed or served as a party to this lawsuit, with respect to this removal, and therefore no consent is necessary.

### Supplemental Jurisdiction

This Court has the discretion to exercise supplemental jurisdiction over any state law claims which have been asserted as part of the underlying action.  28 U.S.C. §1441(c) provides as follows:

> "Whenever a separate and independent claim or cause of action within the jurisdiction conferred by §1331 of this Title, is joined within one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matters in which state law predominates."

Defendant would submit that Plaintiff has asserted a claim under state law based upon the same factual allegations which support the federal claim.

WHEREFORE, Defendant, DIVERSIFIED CONSULTANTS, INC., respectfully requests this Honorable Court enter its Order removing the entire case from the Eleventh Judicial Circuit Court, in and for Miami-Dade County, Florida, to the United States District Court, Southern District of Florida, Miami Division.

Dated this 11th day of July, 2013.

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*
ERNEST H. KOHLMYER, III
Florida Bar No. 0110108

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document has been electronically filed on July 11, 2013, with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing document has been sent via electronic mail to the following: Erik Kardatzke, Esquire, Debt Defense, P.L., at service@debtdefenselaw.com.

>
> */s/ Ernest H. Kohlmyer, III*
> ERNEST H. KOHLMYER, III
> Florida Bar No. 0110108
> Urban, Thier, Federer & Chinnery, P.A.
> 200 S. Orange Avenue, Suite 2000
> Orlando, FL 32801
> Telephone:    (407) 245-8352
> Facsimile:    (407) 245-8362
> Kohlmyer@urbanthier.com
> *Attorneys for Defendant*