Composite Exhibit "A"

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY FLORIDA**

| DIVISION: CIVIL | | CASE NUMBER |
|---|---|---|
| | SUMMONS (20 Day Corporate Service) | 2013-20927-CA-01-10 |
| PLAINTIFF(S)<br><br>MYRNA NIEVES | VS. DEFENDANT(S)<br><br>DIVERSIFIED CONSULTANTS, INC. | CLOCK IN |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

You ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):

DIVERIFIED CONSULTANTS, INC.
C/O REGISTERED AGENT, JOHN CRAWFORD
1200 RIVERPLACE BLVD., SUITE 800
JACKSONVILLE, FL 32207

Special Services of Jacksonville, Inc
Date: 6/21/13   Time: 11:40 AM
Sign_____
729 Parker St. Jax, FL 32202
904-358-2122

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, whose address is:

Erik Kardatzke, Esquire
Debt Defense, P.L.
6915 Red Road, Ste 200
Coral Gables, FL 33143
Tel. (305) 444-4323
service@debtdefenselaw.com

Within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of Court either before service on the Plaintiff's attorney or immediately thereafter. If defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| HARVEY RUVIN<br>CLERK OF COURTS | BY: _____ GUEVARA _____<br>DEPUTY CLERK | DATE<br>JN 1 9 2013 |
|---|---|---|

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE COURT ADA COORDINATOR, NO LATER THAT 7 DAYS PRIOR TO THE PROCEEDINGS AT (305) 349-7174 (TDD)

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ FAMILY<br>☐ OTHER | **CIVIL COVER SHEET** | |
| **PLAINTIFF**<br>MYRNA NIEVES | **VS. DEFENDANT**<br>DIVERSIFIED CONSULTANTS, INC. | **CLOCK IN** |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

TYPE OF CASE (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☐ 003 - Contracts and Indebtedness
☒ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ Negligence - Other
　☐ 097 - Business Governance
　☐ 098 - Business Torts
　☐ 099 - Environmental/Toxin Tort
　☒ 100 - Third Party Indemnification
　☐ 101 - Construction Defect
　☐ 102 - Mass Tort
　☐ 103 - Negligent Security
　☐ 104 - Nursing Home Negligence
　☐ 105 - Premises Liability - Commercial
　☐ 106 - Premises Liability - Residential
　☐ 107 - Negligence - Other
☐ Real Property/Mortgage Foreclosure
　☐ 108 - Commercial Foreclosure $0 - $50,000
　☐ 109 - Commercial Foreclosure $50,001 - $249,999
　☐ 110 - Commercial Foreclosure $250,000 - or more
　☐ 111 - Homestead Residential Foreclosure $0 - $50,000
　☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
　☐ 113 - Homestead Residential Foreclosure $250,000 or more
　☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
　☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
　☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
　☐ 117 - Other Real Property Actions $0 - $50,000
　☐ 118 - Other Real Property Actions $50,001 - $249,999

☐ 119 - Other Real Property Actions $250,000 or more
☐ Professional Malpractice
　☐ 094 - Malpractice - Business
　☐ 095 - Malpractice - Medical
　☐ 096 - Malpractice - Other professional
☐ Other
　☒ 120 - Antitrust/Trade Regulation
　☐ 121 - Business Transactions
　☐ 122 - Constitutional Challenge - Statute or Ordinance
　☐ 123 - Constitutional Challenge - Proposed amendment
　☐ 124 - Corporate Trust
　☐ 125 - Discrimination - Employment or Other
　☐ 126 - Insurance Claims
　☐ 127 - Intellectual Property
　☐ 128 - Libel/Slander
　☐ 129 - Shareholder Derivative Action
　☐ 130 - Securities Litigation
　☐ 131 - Trade Secrets
　☐ 132 - Trust Litigation
☐ 133 - Other Civil Complaint
　☐ 009 - Bond Estreature
　☐ 014 - Replevin
　☐ 024 - Witness Protection
　☐ 080 - Declaratory Judgment
　☐ 081 - Injunctive Relief
　☐ 082 - Equitable Relief
　☐ 083 - Construction Lien
　☐ 084 - Petition for Adversary Preliminary Hearing
　☐ 085 - Child Forfeiture
　☐ 086 - Voluntary Binding Arbitration
　☐ 087 - Personal Injury Protection (PIP)

CLK/CT 98 Rev. 12/09　　　　　　　　　　　　　　　　　　　　　　Clerk's web address: www.miami-dadeclerk.com

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

REMEDIES SOUGHT (check all that apply):
- ☒ monetary;
- ☐ non-monetary declaratory or injunctive relief;
- ☐ punitive

NUMBER OF CAUSES OF ACTION: [ ]
(specify) ONE

IS THIS CASE A CLASS ACTION LAWSUIT?
- ☐ Yes
- ☒ No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
- ☒ No
- ☐ Yes  If "Yes", list all related cases by name, case number, and court.

IS JURY TRIAL DEMANDED IN COMPLAINT?
- ☒ Yes
- ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _[signed]_   Florida Bar # 17862
            Attorney or party               (Bar # if attorney)

ERIK S. KARDATZKE, ESQ       Date 6/13/13
(type or print name)

CLK/CT 98 Rev. 12/09                 Clerk's web address: www.miami-dadeclerk.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

MYRNA NIEVES,             CASE NO.:

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____/

## COMPLAINT
### (JURY TRIAL DEMANDED)

Plaintiff hereby sues Defendant based on violations of the Telephone Consumer Protection Act, codified at 47 U.S.C. § 227 and in support of same states the following:

1. All conditions precedent to the bringing of this action have been performed, have occurred, or have been waived.

2. Venue is proper because the telephone calls at issue in this action were placed to a cell phone located in Miami-Dade County.

3. Jurisdiction is proper because the damages sought exceed this Court's minimum jurisdictional amount-in-controversy.

4. Plaintiff is a *sui juris* resident of Miami-Dade County.

5. Defendant is a Florida corporation with its principal place of business located in Duval County.

6. Defendant has made numerous, unsolicited, commercial telephone calls to Plaintiff's

1

cellular telephone, each call being initiated from an automatic telephone dialing system.

7. Defendant made the telephone calls at issue willfully and knowingly.

8. Defendant's telephone calls to Plaintiff's cellular telephone violate 47 U.S.C. § 227(b)(1)(A)(iii) which prohibits making unsolicited, commercial telephone calls to cellular telephones, when the calls are initiated by an automatic telephone dialing system.

9. Plaintiff is entitled to $500.00 for each of the Defendant's telephone calls described herein pursuant to 47 U.S.C. § 227(b)(3)(B).

10. Because Defendant made the telephone calls at issue willfully and knowingly, Plaintiff is further entitled to treble the statutory damages pursuant to 47 U.S.C. § 227(b)(3).

WHEREFORE, Plaintiff demands judgment against Defendant for all such relief pursuant to 47 U.S.C. § 227(b)(3), including treble damages, and any such further relief the Court deems just and equitable.

Dated: _____

Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com

2