

🛒 0 Item(s) in Basket     Home     Online Services     About us     Contact us

# Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS        ALL PARTIES        START A NEW SEARCH

**NIEVES, MYRNA vs DIVERSIFIED CONSULTANTS INC**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

**Case Number (LOCAL):** 2013-20927-CA-01  **Dockets Retrieved:** 4  **Filing Date:** 06/13/2013
**Case Number (STATE):** 13-2013-CA-020927-0000-01  **Judicial Section:** 10

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 06/17/2013 | | EFILE NUMBER | : 2924126 |
| 06/13/2013 | | DEMAND FOR JURY TRIAL | |
| 06/13/2013 | | CIVIL COVER | |
| 06/13/2013 | | COMPLAINT | |

BACK TO SEARCH RESULTS        ALL PARTIES        START A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0141756