UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:13-CV-22465

MYRNA NIEVES,

    Plaintiff,

v.

DIVERSIFED CONSULTANTS , INC.

    Defendant.

_____/

## DEFENDANT, DIVERSIFIED CONSULTANTS, INC.'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, DIVERSIFIED CONSULTANTS, INC.'S, Defendant in the above-referenced action (hereinafter "Defendant"), and files this Answer and Affirmative Defenses in response to Plaintiff's Complaint as follows:

1. Denied; Defendant demands strict proof thereof.

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint for jurisdiction and venue purposes only; otherwise denied.

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint for jurisdiction and venue purposes only; otherwise denied.

4. Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint for jurisdiction and venue purposes only; otherwise denied.

5. Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Complaint for jurisdiction and venue purposes only; otherwise denied.

6. Denied; Defendant demands strict proof thereof.

7. Denied; Defendant demands strict proof thereof.

8. Denied; Defendant demands strict proof thereof.

9. Denied; Defendant demands strict proof thereof.

10. Denied; Defendant demands strict proof thereof.

## JURY DEMAND

Defendant demands a trial by jury.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Defendant affirmatively alleges that the Plaintiff provided prior express consent to the original creditor during the course of the transaction which gave rise to the debt without subsequent revocation, and therefore Defendant is exempted from liability under the TCPA.

### SECOND DEFENSE

Defendant affirmatively alleges that its actions are otherwise exempt under the TCPA.

WHEREFORE, Defendant prays that the Complaint be dismissed with prejudice; that judgment be granted to Defendant and that the relief request by Plaintiff be denied; that all costs be taxed to Plaintiff; and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 18th day of July, 2013.

> /s/ Ernest H. Kohlmyer, III
> ERNEST H. KOHLMYER, III
> Florida Bar No.  0110108

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on July 18, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: Erik Kardatzke, Esquire of the law firm Debt Defense, P.L. – A Law Firm at service@debtdefenselaw.com.

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar Number: 0110108
URBAN, THIER, FEDERER & CHINNERY, P.A.
200 South Orange Avenue, Suite 2000
Orlando, Florida 32801
Telephone (407) 245-8352
Facsimile (407) 245-8361
kohlmyer@urbanthier.com
Attorneys for Defendant