UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-22465-Civ-COOKE/TURNOFF

MYRNA NIEVES,

    Plaintiff,

vs.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____/

### ORDER OF COURT-MANDATED REQUIREMENTS IN TCPA-BASED CASES

THIS MATTER is before me on Defendant's Petition for Removal (ECF No. 1). I have reviewed the Petition and the record, which reflects that the Plaintiff filed the instant matter pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"), by which the Plaintiff claims injury from non-emergency commercial telephone calls being placed to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice. To assist the Court in managing the case, the Plaintiff is **ORDERED** to file, *within twenty-one (21) days of the date of this Order*, a statement of claim, no more than three double-spaced pages in length, summarizing the conduct complained of, relief requested, and reasons therefore. Also within that allotted time, the Plaintiff shall serve a copy of this Order, the statement of claim, and copies of all documents supporting the claim (*e.g.* records, sworn affidavits) on the Defendant's counsel. The Plaintiff shall, on that same date, additionally file a notice of full compliance with this Order.

The Defendant(s), *within fourteen days of service of the Plaintiff's statement of claim*, is **ORDERED** to file with this Court a response to the Plaintiff's statement, also limited to three

double-spaced pages in length, and provide the Plaintiff with copies of all documents supporting its defenses. Concurrently, the Defendant(s) shall file a notice of full compliance with this Order.

The Parties are hereby advised that this case will be on the Court's TCPA fast-track calendar pursuant to which trial shall be set nine (9) months after the Plaintiff files the required statement of claim. Furthermore, barring the most extreme of compelling circumstances, ***the Court will not grant any motions for a continuance and/or extensions of time***.

*Failure to comply with this Order may result in default, dismissal, and/or sanctions.*

**DONE and ORDERED** in chambers at Miami, Florida, this 22nd day of July 2013.

                                                    /s/ Marcia G. Cooke
                                                    MARCIA G. COOKE
                                                    United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*