UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:13-CV-22465

MYRNA NIEVES,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____/

## STATEMENT OF CLAIM

Plaintiff hereby files her Statement of Claim pursuant to Court Order (Dkt. #5).

### Summary of Conduct

Beginning in March of 2013, Defendant, a debt collector, began calling Plaintiff on her cell phone seeking information about a third party. Plaintiff believes that the third party is the subject of debt collection activities. Defendant's telephone calls was unsolicited, unauthorized, and were made with the use of an automatic telephone dialer. While Plaintiff's cell phone statements reveal dozens of such calls from Defendant, this list is incomplete because very short calls are not memorialized in the statements. Plaintiff has propounded discovery requests to Defendant that are expected to lead to the discovery of a complete list of all calls made to Plaintiff by Defendant relevant to this action.

### Relief Requested

Pursuant to Telephone Consumer Protection Act, codified at 47 U.S.C. § 227, Plaintiff is seeking statutory damages for each of the calls made, and will be seeking treble damages in the

event Plaintiff proves Defendant acted willfully in making such calls. Plaintiff is seeking such relief based the continued harassing behavior of Defendant after she has demanded that the calls cease, and based on the express legislative intent of the U.S. Congress that Defendant's unlawful conduct result in an award of statutory damages to consumers such as Plaintiff.

_____
Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on ~~July~~ 8/1, 2013 via the Clerk of the Court's CM/ECF system which will provides notice to the following: Ernest H. Kohlmyer, III, Esq., Urban, Their, Federer, and & Chinnery, P.A.

_____
Erik Kardatzke, Esq.

2