UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:13-CV-22465

MYRNA NIEVES,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____/

## NOTICE OF COMPLIANCE

Plaintiff hereby gives notice of compliance with the requirements of this Court's Order (Dkt #5).

_____
Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on July 8/1, 2013 via the Clerk of the Court's CM/ECF system which will provides notice to the following: Ernest H. Kohlmyer, III, Esq., Urban, Their, Federer, and & Chinnery, P.A.

_____
Erik Kardatzke, Esq.

1