UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:13-CV-22465

MYRNA NIEVES,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____/

**PLAINTIFF'S INTERROGATORIES TO DEFENDANT**

Plaintiff hereby serves its Initial Interrogatories to be responded to under the applicable Federal Rules of Civil Procedure.

_____
Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically served on ~~July~~ August 05, 2013 via email attachment to Ernest H. Kohlmyer, III, Esq., Urban, Their, Federer, and & Chinnery, P.A. (Kohlmyer@urbanthier.com).

_____
Erik Kardatzke, Esq.

1