UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MYRNA NIEVES,

Plaintiff,

Case No.: 1:13-cv-22465-MGC

v.

DIVERSIFIED CONSULTANTS,
INC.,

Defendant.
_____/

**DEFENDANT, DIVERSIFIED CONSULTANTS, INC.'S,
NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_\_\_ **IS**         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_ **IS NOT**         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted,
/s/ *Ernest H. Kohlmyer, III*_____
Ernest H. Kohlmyer, III

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on August 19, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: Erik Kardatzke, Debt Defense, P.L., service@debtdefenselaw.com.

*/s/ Ernest H. Kohlmyer, III*_____
Ernest H. Kohlmyer, III
Florida Bar No.: 110108

Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
Attorneys for Defendant